NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHY L. DIFRANCO, | Case No. 2:19-cv-00896-APG-VCF |
| Plaintiff, | |
| v. | **JOINT STIPUATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL/ REMAND.** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Reversal/Remand be extended from October 10, 2019 to **November 14, 2019**.[1] This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) was out on family leave in late June and early July to take care of her elderly mother, who had two surgeries, and another major surgery in September 2019. In addition, Counsel also has over

---

[1] Counsel apologizes for the belated request but was out on sick leave on the date of the current filing deadline and filed her request as soon as reasonably practicable.

- 1 -

100+ active social security matters, which require two more dispositive motions until mid-November, and three pending Ninth Circuit matters which require multiple levels of review.  Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave.

                Respectfully submitted,

Dated: October 11, 2019      /s/ David Chermol
                (*as authorized by email on October 11, 2019)
                DAVID CHERMOL
                Attorney for Plaintiff

Dated: October 11, 2019       NICHOLAS A. TRUTANICH
                United States Attorney
                DEBORAH LEE STACHEL
                Regional Chief Counsel, Region IX
                Social Security Administration

                By /s/ Tina L. Naicker
                TINA L. NAICKER
                Special Assistant U.S. Attorney
                Attorneys for Defendant

### [PROPOSED] ORDER

APPROVED AND SO ORDERED:

DATED: 10-23-2019

THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPUATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL/REMAND.**

on the date and via the method of service identified below:

**ECF Notice:**

David F. Chermol
Chermol & Fishman, LLC
11450 Bustelton Ave
Philadelphia, PA 19116
215-464-7200
Fax: 215-464-7224
Email: dave@ssihelp.us

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff

Respectfully submitted this 11th day of October 2019,

                                          */s/ Tina L. Naicker*
                                          TINA L. NAICKER
                                          Special Assistant United States Attorney