NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHY L. DIFRANCO, | Case No. 2:19-cv-00896-APG-VCF |
| Plaintiff, | |
| v. | **JOINT STIPUATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL/REMAND.** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | **(SECOND REQUEST)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Reversal/Remand be extended from November 14, 2019 to **December 10, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) was out on intermittent sick leave due to a recent change in health and was out last week due to a family emergency of her immediate family member that required hospitalization. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-November, and three pending Ninth Circuit matters which require multiple levels of review. Due to

unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave.

                                          Respectfully submitted,

Dated: November 14, 2019        /s/ David Chermol
                                          (*as authorized by email on November 14, 2019)
                                          DAVID CHERMOL
                                          Attorney for Plaintiff

Dated: November 14, 2019        NICHOLAS A. TRUTANICH
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            By    /s/ Tina L. Naicker
                                            TINA L. NAICKER
                                            Special Assistant U.S. Attorney
                                            Attorneys for Defendant

**[PROPOSED] ORDER**

APPROVED AND SO ORDERED:

DATED: November 15, 2019                        _____
                                                          THE HONORABLE CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPUATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL/REMAND.** on the date and via the method of service identified below:

**ECF Notice:**

David F. Chermol
Chermol & Fishman, LLC
11450 Bustelton Ave
Philadelphia, PA 19116
215-464-7200
Fax: 215-464-7224
Email: dave@ssihelp.us

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff

Respectfully submitted this 14th day of November 2019,


                                       */s/ Tina L. Naicker*
                                       TINA L. NAICKER
                                       Special Assistant United States Attorney