# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHY L. DIFRANCO,<br><br>   Plaintiff,<br><br> v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:19-cv-00896-APG-VCF<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g).** |

**ORDER**

Based upon the parties' Joint Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and entry of judgment and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' Joint Stipulation.

**APPROVED AND SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: January 9, 2020.

- 1 -

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** on the date and via the method of service identified below:

**ECF Notice:**

David F. Chermol
Chermol & Fishman, LLC
11450 Bustelton Ave
Philadelphia, PA 19116
215-464-7200
Fax: 215-464-7224
Email: dave@ssihelp.us

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff

Respectfully submitted this 7th day of January 2020,

                                            /s/ Tina L. Naicker
                                            TINA L. NAICKER
                                            Special Assistant United States Attorney