NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHY L. DIFRANCO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00896-APG-VCF<br><br>**JOINT STIPUATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>**(FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Attorneys' Fees (Dkt Nos. 29, 30) be extended from April 16, 2020 to **April 30, 2020**.  This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension.  Counsel for Defendant (Counsel) has been out ill and on intermittent sick leave, including the date of the current deadline for Defendant to respond.  In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-May. Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion

for Summary Judgment.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave.

                                                                   Respectfully submitted,

Dated:   April 16, 2020                                       /s/  David Chermol
                                                                   (*as authorized by email on April 16, 2020)
                                                                   DAVID CHERMOL
                                                                   Attorney for Plaintiff

Dated:  April 16, 2020                                        NICHOLAS A. TRUTANICH
                                                                   United States Attorney
                                                                   DEBORAH LEE STACHEL
                                                                   Regional Chief Counsel, Region IX
                                                                   Social Security Administration

                                                                   By     /s/  Tina L. Naicker
                                                                  TINA L. NAICKER
                                                                  Special Assistant U.S. Attorney
                                                                  Attorneys for Defendant

## ORDER

**APPROVED AND SO ORDERED:**

DATED:  4/17/2020

                                                UNITED STATES DISTRICT JUDGE