UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHY L. DIFRANCO, | ) |
| Plaintiff, | ) Case No. 2:19-cv-00896-APG-VCF<br>)<br>) |
| v. | ) ORDER GRANTING JOINT |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) STIPULATION FOR THE AWARD AND<br>) PAYMENT OF ATTORNEY FEES AND<br>) EXPENSES PURSUANT TO THE EQUAL<br>) ACCESS TO JUSTICE ACT PURSUANT TO 28 |
| Defendant. | ) U.S.C. § 2412(d). |

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $8,300.00 for fees and expenses and $250.00 in costs, as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Joint Stipulation.  Any payments made shall be delivered to Counsel at the following address:  11450 Bustleton Avenue, Philadelphia, PA 19116.

**IT IS SO ORDERED.**

Dated: April 30, 2020.                    _____
                                          UNITED STATES DISTRICT JUDGE

- 1 -